---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| First Data Merchant Services Corporation, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>Community Finance Group, Inc., a Minnesota corporation,<br><br>Defendant. | Court File No.: 09-539 DSD/FLN<br><br>**STIPULATION TO STAY PROCEEDINGS** |

PURSUANT TO RULE 6(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE, AND SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED AND AGREED by Plaintiff First Data Merchant Services Corporation ("FDMS") and Defendant Community Finance Group, Inc. ("CFG"), through their undersigned counsel, as follows:

1. That these proceedings are stayed indefinitely pending the final disposition of the appeal of Defendant Community Finance Group, Inc. before VISA USA, Inc.

2. The parties further stipulate and agree that they will advise the Court within five (5) days after receiving a decision in the above-referenced appeal currently pending before VISA USA, Inc.

Dated: September 8, 2009     **s/Matthew R. Salzwedel**
Charles N. Nauen, MN #121216
Matthew R. Salzwedel, MN#312903
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Tel:   (612) 339-6900

409101.1

Fax: (612) 339-0981
cnnauen@locklaw.com
mrsalzwedel@locklaw.com

Joshua Horn
*Admitted pro hac vice*
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
Email: jhorn@foxrothschild.com

*Attorneys for First Data Merchant Services Corporation*

Dated: September 4, 2009           **s/Boris Parker**
Boris Parker, MN #291316
Elizabeth Lambrecht, MN#348120
PARKER & WENNER, P.A.
US Bank Plaza
220 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-2200

*Attorneys for Defendant Community Finance Group, Inc.*