UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| First Data Merchant Services Corporation, a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Community Finance Group, Inc., a Minnesota corporation,<br><br>    Defendant. | Court File No.: 09-539 DSD/FLN<br><br>**AFFIDAVIT OF JOSHUA HORN** |

COMMONWEALTH OF PENNSYLVANIA ) 
) ss.
COUNTY OF PHILADELPHIA )

JOSHUA HORN, being first duly sworn, deposes and states that the following is based upon his personal knowledge:

1. I am a partner with the law firm of Fox Rothschild LLP and am authorized to make this affidavit on behalf of First Data Merchant Services Corporation ("FDMS").

2. Attached hereto as Exhibit A is a true and correct copy of the merchant services agreement and program guide between Community Finance Group, Inc. ("CFG") and FDMS.

3. Attached hereto as Exhibit B is a true and correct copy of the June 16, 2009 VISA ™ arbitration decision against CFG.

412064.1

4. Attached hereto as Exhibit C is a true and correct copy of the September 2, 2009 VISA™ appeal decision against CFG and notification of appeal decision to CFG.

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: October 19, 2009         **s/Joshua Horn**
                                Joshua Horn

Subscribed and sworn to before me
this 19th day of October, 2009.

**s/Jami M. Bozzuto**
NOTARY PUBLIC
Philadelphia City, Philadelphia County

My commission expires: February 5, 2010

412064.1                        2